# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY WELSH, | CV F   05 795  AWI LJO P |
| Plaintiff, | |
| v. | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |
| G. HOLMES, | |
| Defendants. | |

Roy Welsh ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under 42 U.S.C. § 1983 against Defendant Holmes for retaliation and excessive force in violation of the Eighth Amendment.[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).  Accordingly, IT IS HEREBY ORDERED that:

---

[1] In a Findings and Recommendations issued concurrently with this order, the Court recommended that Plaintiff's claims against Defendant in his official capacity be dismissed from this action.

1

1. Service is appropriate for the following defendants:

   CORRECTIONAL OFFICER G. HOLMES

2. The Clerk of the Court shall send Plaintiff ONE USM-285 forms, ONE summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed June 17, 2005.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. TWO copies of the endorsed complaint filed JUNE 17, 2005.

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:    January 16, 2007**                         **/s/ Lawrence J. O'Neill**
b9ed48                                                 UNITED STATES MAGISTRATE JUDGE