UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROY WELSH,                                    1:05-cv-00795-AWI-NEW-P

        Plaintiff,                 **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 9)

vs.

G. HOLMES,                                    **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS**

        Defendant.
_____/

    Roy Welsh ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 16, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 16, 2007, are ADOPTED IN FULL;

2. The allegations against Defendant Holmes in his Official Capacity is DISMISSED from this action; and,

3. The action proceed against Defendant Holmes in his personal capacity for retaliation and excessive force.

IT IS SO ORDERED.

**Dated:   March 22, 2007**                    **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE